# EXHIBIT A



CORPORATION SERVICE COMPANY

## Notice of Service of Process

null / ALL
Transmittal Number: 15629640
Date Processed: 09/15/2016

| | |
|---|---|
| Primary Contact: | Ms. Susan Small<br>Assurant Group<br>260 Interstate North Circle SE<br>Atlanta, GA 30339-2111 |
| Entity: | American Security Insurance Company<br>Entity ID Number 1874436 |
| Entity Served: | American Security Insurance Company |
| Title of Action: | Eduardo Ramirez vs. American Security Insurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | Harris County Court, Texas |
| Case/Reference No: | 1082448 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 09/14/2016 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Matthew Zarghouni<br>713-333-5533 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com



**STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT



**Docket Number: 1082448**
Receipt Number: OOC        No Sheriff/Constable Fee Collected

EDUARDO RAMIREZ
**Plaintiff**
VS.                                          In The County Civil Court at Law No. Three (3)
AMERICAN SECURITY INSURANCE COMPANY ET       201 Caroline / Suite 532
AL                                           Houston, Harris County, Texas 77002
**Defendant**

### THE STATE OF TEXAS
### ORIGINAL PETITION – DISCLOSURES CITATION

TO:   American Security Insurance Company, is an insurance company may be served by serving its registered agent: Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701

Attached is a copy of petition with discovery attached.
This instrument was filed on the 6th day of **September, 2016**, in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 7th day of September, 2016.

(SEAL)                                       STAN STANART, County Clerk
                                             County Civil Court at Law No. Three (3)
                                             201 Caroline, Suite 300
                                             Harris County, Texas

                                             Jesse Salas
                                             Deputy County Clerk

REQUESTED BY:   MATTHEW ZARGHOUNI
                7322 SOUTHWEST FWY, SUITE 1965
                HOUSTON, TEXAS 77074

## OFFICER'S RETURN

Came to hand on _____, at _____ o'clock __.M. and

executed in _____ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|------|------|---|---|------|------------------------------|
|      | Month | Day | Year | Hour / Min. - AM/PM |  |
|      |      |   |   |      |                              |
|      |      |   |   |      |                              |
|      |      |   |   |      |                              |

and not executed as to the Defendant _____

the diligence used in finding said Defendant, being _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said Defendant, being: _____

_____ (Sheriff)

(Authorized Person)                                                                                          (Constable)
Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

By _____, Deputy

(Notary Public)

## RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,
a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____
_____, at _____ o'clock A.M./P.M., and executed by delivering
to defendant, _____, in person, at _____
in _____, County _____, State of _____
_____, on _____, at _____ o'clock
A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

_____ (Sheriff)
                                                                                          (Constable)
_____, County,

State of _____

By _____ Deputy

Form No. H-01-28 (Rev. 08/01/2011)